1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**
9                      **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11   MICHAEL DIQUIRICO,                    | No. 1:23-cv-01777-KES-SKO
12                  Plaintiff,              | ORDER DIRECTING THE CLERK OF THE
                                            | COURT TO CLOSE THE CASE
13          vs.                            |
                                            | (Doc. 18)
14   A&G RECOVERY, INC., CARMAX            |
15   AUTO SUPERSTORES, INC.,               |
16                  Defendants.            |
17

18          On September 23, 2024, the parties filed a joint stipulation dismissing this action.  (Doc.
19   18).   In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P.
20   41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been
21   dismissed with prejudice.  Accordingly, the Clerk of the Court is directed to close this case.
22
23   IT IS SO ORDERED.
24   Dated:   __**September 24, 2024**__            _____*/s/ Sheila K. Oberto*_____
25                                                 UNITED STATES MAGISTRATE JUDGE
26
27
28